UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *       CRIMINAL NO. 00-049

            v.                    *       SECTION:     "J"

HENRY KING, a/k/a "BO"            *
DESHAWN HARRIS
                          *   *   *

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Samuel D. Marsh to be substituted for Joseph Cazenavette as counsel of record for the United States, as Mr. Cazenavette is no longer working in the Eastern District of Louisiana, and therefore can no longer represent the United States in this case.

1

**WHEREFORE** undersigned counsel respectfully requests that he be substituted for Joseph Cazenavette as counsel of record for the United States of America.

```
                              Respectfully submitted,

                              JIM LETTEN
                              UNITED STATES ATTORNEY


                              s/ Samuel D. Marsh
                              SAMUEL D. MARSH (6746)
                              Assistant United States Attorney
                              500 Poydras Street, Room 210-B
                              New Orleans, Louisiana  70130
                              Telephone:  (504) 680-3129
                              Email: sam.marsh@usdoj.gov
```

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

```
                              s/ Samuel D. Marsh
                              SAMUEL D. MARSH
                              Assistant United States Attorney
```