UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-049 |
| v. | * | SECTION:   "J" |
| HENRY KING, a/k/a "BO" DESHAWN HARRIS | * | |
| * * * | | |

**O R D E R**

**IT IS HEREBY ORDERED** that Samuel D. Marsh be substituted for Joseph Cazenavette as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE